## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TIME PEACE EQUINE, INC., and DR.
LISE LUND,

        Plaintiffs.

    v.

SANTANDER BANK, N.A.,

        Defendant.

No. 4:17-CV-01561

(Judge Brann)

## ORDER

**AND NOW**, this 18th day of January 2018, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1.  Defendant's Motion to Dismiss, ECF No. 4, is **GRANTED.**

2.  Plaintiffs are **GRANTED** leave to amend their complaint, as indicated in the accompanying Memorandum Opinion, **no later than twenty-one days** from the date of this Order.

3.  If Plaintiffs fail to amend their complaint within twenty-one days from the date of this Order, the Court will enter judgment in favor of Defendant and close this case.

        BY THE COURT:

        *s/ Matthew W. Brann*
        Matthew W. Brann
        United States District Judge